**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

Virginia Yoder Dodd                     Kevin W. Welsh
Phelps, Dunbar                          Phelps Dunbar, LLP
P. O. Box 4412                          400 Convention St, #1100
Baton Rouge LA 70821-4412               Baton Rouge LA 70802-5618

**REHEARING ACTION: January 31, 2018**

**Docket Number: 17   00052-CA consolidated with 567-CA & 568-CA**

**RONALD LEE STUTES, ET UX.**
**VERSUS**
**GREENWOOD MOTOR LINES, INC., ET AL.**

**Appealed from Lafayette Parish Case No. C-20131119**

**BEFORE JUDGES:**

    **Hon. Elizabeth A. Pickett**
    **Hon. John E. Conery**
    **Hon. Candyce G. Perret**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **American Guarantee and Liability Insurance Company** has this

day been

    **DENIED.**

cc: Laura Lee Putnam, Counsel for the Appellee
    Blake R. David, Counsel for the Appellee
    James Marshall Montgomery, Counsel for the Appellee
    John Barney Davis, II, Counsel for the Appellee
    Emily E. Eagan, Counsel for the Appellant
    Ernest Paul Gieger, Jr., Counsel for the Appellant
    Rachel G. Webre, Counsel for the Appellant